Thomas F. West and Diana M. West
5620 Scenic Pointe Ave.
Las Vegas, Nevada 89130
Telephone (702 ) 656-3081
Plaintiffs in Proper Person

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| THOMAS F. WEST and DIANA M. WEST<br><br>PLAINTIFFS<br><br>vs.<br><br>BANK OF AMERICA, N.A. and<br><br>BANK OF AMERICA HOME LOANS and<br><br>BAC HOME LOANS SERVICING LP and<br><br>MERS - Mortgage Electronic Registration Services<br><br>DEFENDANTS | Case No.: 2:10-cv-01966-JCM-PAL<br><br>OPOSITION TO MOTION TO DISMISS And REQUEST FOR DISMISSAL OF MOTION |

Thomas F. West and Diana M. West, Plaintiffs, in proper person, submit their Opposition to Motion to Dismiss. Plaintiffs were not served with this Motion by Defendants. Plaintiffs after receiving the Minutes of the Court dated November 16, 2010, have looked for service of Motion from Defendants. As of this date, November 30, 2010, it has not been received pursuant to Fed. R. Civ. P. 5(b). Having received notice through Minutes of the Court dated November 16, 2010 which was received on November 18, 2010, Plaintiffs have been anticipating receipt of the referred motion by "a party or parties" alluded to in the Minutes and accessed through electronic means court filing records and subsequently found November 30, 2010 that a Motion for Dismissal had been filed on November 16, 2010. As of November 22, 2010, when an Amended Complaint was filed with the Court Clerk, there was no evidence that any Motions or Responses had been filed and therefore, the Amended Complaint was accepted by the Court.

1

Through a quick review of the supposed Motion filed with the Court, which was not properly serviced upon Plaintiffs, it is evident that the Defendants cannot show ownership of the alledged Mortgage Loan. Plaintiffs will prove that Defendants do not now own the original Deed of Trust, the Mortgage Note and supporting original documents and that Defendants have no knowledge of who does own the original Deed of Trust and Mortgage Note or their whereabouts. In the case of Mortgage Electronic Registration Systems, Inc. v. Chong, Case No. 2:09-CV-0661-KJD-LRL (2009), the United States District Court, District of Nevada stated that "MERS did not establish it was a real party in interest. MERS was unable to prove it had possession of the note or at least provide evidence that it was a representative of the mortgage loan holder, which it failed to do." Additionally, in Landmark National Bank v. Kesler, 289 Kan. 528, 216 P.3d 158(2009). "Kan. Stat. Ann. § 60-260(b) allows relief from a judgment based on mistake, inadvertence, surprise, or excusable neglect; newly discovered evidence that could not have been timely discovered with due diligence; fraud or misrepresentation; a void judgment; a judgment that has been satisfied, released, discharged, or is no longer equitable; or any other reason justifying relief from the operation of the judgment. The relationship that the registry had to the bank was more akin to that of a straw man than to a party possessing all the rights given a buyer." Also in September of 2008, a California Judge ruling against MERS concluded, "There is no evidence before the court as to who is the present owner of the Note. The holder of the Note must join in the motion." Wells Fargo v. Reyes, 867 N.Y.S.2d 21 (2008). Case dismissed with prejudice, fraud on the Court and Sanctions because Wells Fargo never owned the Mortgage.

/
/
/
/
/
/
/

Therefore, we move that the Court dismiss Defendants Motion to Dismiss for lack of standing with the Court in this case and grant Plaintiffs request for Motion for Dismissal of the same.

Dated this ____ day of December, 2010.

_____
Thomas F. West
Plaintiff
In Proper Person

_____
Diana M. West
Plaintiff
In Proper Person

UNITED STATES DISTRICT COURT
For the District of Nevada

| | |
|---|---|
| THOMAS F. WEST AND<br><br>DIANA M. WEST<br><br>Plaintiffs<br><br>vs.<br><br>BANK OF AMERICA, N.A. and<br><br>BANK OF AMERICA HOME LOANS and<br><br>BAC HOME LOANS SERVICING LP and<br><br>MERS - Mortgage Electronic Registration Services<br><br>Defendants | Case No.: 2:10-cv-01966-JCM-PAL<br><br>OPPOSITION TO MOTION TO DISMISS<br>And REQUEST FOR DISMISSAL OF MOTION |

## CERTIFICATE OF MAILING

I, Thomas F. West, hereby certifies that a copy of the Opposition to Motion to Dismiss and Request for Dismissal of Motion filed on the __/__ day of December, 2010, in the above-entitled case was mailed by me on December __/__, 2010 by depositing copies thereof in a sealed envelope, first-class postage prepaid, in the United States mail, to

Ariel E. Stern, Esq.
Akerman Senterfitt LLP
400 South Fourth Street, Suite 450
Las Vegas, NV 89101

Christine M. Parvan, Esq.
Akerman Senterfill LLP
400 South Fourth Street, Suite 450
Las Vegas, NV 89109

Bank of America, N.A.
Brian Maynihan, President, CEO
100 N. Tyron St.
Charlotte, NC 28263

4

Certificate of Mailing, cont'd

        Bank of America Home Loans
        Barbara J. Desoer, President
        333 So. Hope
        Los Angeles, CA  90072-1406

        BAC Home Loans Servicing, LP
        400 National Way
        Simi Valley, CA  93065-6285

        MERS - Mortgage Electronic Registration Systems
        RK Arnold, President CEO
        1818 Library Street, Suite 300
        Reston, VA  20190

Dated: December __, 2010

                                        Thomas F. West
                                        Plaintiff
                                        In Proper Person