Thomas F. West and Diana M. West
5620 Scenic Pointe Ave.
Las Vegas, Nevada 89130
Telephone (702) 656-3081
Plaintiffs in Proper Person

UNITED STATES DISTRICT COURT
District of Nevada

THOMAS F. WEST and DIANA M. WEST

PLAINTIFFS

vs.

BANK OF AMERICA, N.A. and

BANK OF AMERICA HOME LOANS and

BAC HOME LOANS SERVICING LP and

MERS - Mortgage Electronic Registration Services

DEFENDANTS

Case No.: 2:10-cv-01966-JCM-PAL

RESPONSE TO MINUTES OF THE COURT regarding the requirement of Klingele v. Eikenberry and Rand V. Rowland

    Thomas F. West and Diana M. West, Plaintiffs, in proper person, submit their response to the Minutes of the Court indicating that a party or parties have filed a motion to dismiss, motion for judgment on the pleadings or a motion for summary judgment. The Minutes of the Court only identify Bank of America Home Loans Servicing, LP.

    Plaintiffs received the notice of the Minutes of the Court on November 18, 2010 and file this response within the required timelines as outline therein. Additionally, Plaintiffs have not been served with any documentation except the Minutes of the Court on a pending Motion to Dismiss, Motion for Judgment on the Pleadings, or a Motion for Summary Judgment. It is the intention of the Plaintiffs to sue all parties in regard to this alleged mortgage loan. It never has been our intention to bring suit against just one of many of the servicing entities held by Bank of America N.A. and/or Bank of America Home Loans. Plaintiffs have filed an Amended

1

Complaint which also names MERS- Mortgage Electronic Registration Systems, as an additional defendant as well as Bank of America N.A., parent company of Bank of America Home Loans and BAC Home Loans Servicing LP and one of the originators of MERS.  The Amended Complaint retains Defendant Bank of America Home Loans, as the entity identified as the company who took over the Countrywide, et al loans which were purchased by Bank of America et al.

Therefore Plaintiffs oppose the pending motions filed by a party or parties unidentified as not all Defendants in this case have responded to the Amended Complaint filed on November 22, 2010 pursuant to Fed. R. Civ. P. 15(a) and 1(b); Said Amended Complaint was duly served on all parties on November 22, 2010 and November 23, 2010 respectively.  No response to the Original Complaint duly filed and served on October 18, 2010 in Eighth Judicial District Court which Defendant was duly served on October 20, 2010 has been received.  Defendant's counsel has noted that the Defendant named in the original Complaint was done so erroneously but does not provide any supporting statements or documentation to that affect.  Additionally, Plaintiffs have not be noticed of any correspondence, meetings or hearings with Judge James C. Mahan, U.S. District Judge, and were not provided opportunity to be represented or be present during the requests apparently presented at that time.

Plaintiffs request that time be allowed so that the additional Defendants can file their responses as required by law before any Motions for Dismissal or any other Motions  by only one of the Defendants be heard by this court.

In reference to Defendant's, BAC Home Loan Servicing LP counsel, to Klingele v. Eikenberry their reference to this case is only regarding one supposed knowledge of a Motion for Summary Judgment.  This is once again highly opportunistic and premature on the part of only one of the Defendants counsel when legal response to the Amended Complaint has not been filed with this Court.

Plaintiffs have not been served with any form of Motion except from the Minutes of Court alluding to the fact that there is a pending Motion by a party or parties, which party or parties have not clearly been identified.  In fact, Plaintiffs have not received any Response to the Complaint nor the Amended Complaint filed and properly served, and Plaintiffs would ask the

Court if this a premature attempt by only one of the Defendants in this case to circumvent discovery as well as court procedure and remove a Defendant that has been justly and duly named as a party in this case.

Therefore Plaintiffs petition the Court to remove the pending Motions, of whatever form they may exist, and stay all motions until such time as all Defendants in this case have had the opportunity to respond to the Complaint as filed on November 22, 2010.

Dated this ___ day of December, 2010.

_____
Thomas F. West
Plaintiff
In Proper Person

_____
Diana M. West
Plaintiff
In Proper Person

UNITED STATES DISTRICT COURT
For the District of Nevada

THOMAS F. WEST AND )
)
DIANA M. WEST ) Case No.: 2:10-cv-01966-JCM-PAL
)
Plaintiffs )
) RESPONSE TO MINUTES OF THE COURT
vs. ) regarding the requirement of Klingele v.
) Eikenberry and Rand V. Rowland
BANK OF AMERICA, N.A. and )
)
BANK OF AMERICA HOME LOANS and )
)
BAC HOME LOANS SERVICING LP and )
)
MERS - Mortgage Electronic Registration )
Services
Defendants

---

## CERTIFICATE OF MAILING

I, Thomas F. West, hereby certifies that a copy of the Response to Minutes of the Court filed on the __1__ day of December, 2010, in the above-entitled case was mailed by me on December __1__, 2010 by depositing copies thereof in a sealed envelope, first-class postage prepaid, in the United States mail, to

        Ariel E. Stern, Esq.
        Akerman Senterfitt LLP
        400 South Fourth Street, Suite 450
        Las Vegas, NV  89101

        Christine M. Parvan, Esq.
        Akerman Senterfill LLP
        400 South Fourth Street, Suite 450
        Las Vegas, NV 89109

        Bank of America, N.A.
        Brian Maynihan, President, CEO
        100 N. Tyron St.
        Charlotte, NC  28263

Certificate of Mailing, cont'd

        Bank of America Home Loans
        Barbara J. Desoer, President
        333 So. Hope
        Los Angeles, CA  90072-1406

        BAC Home Loans Servicing, LP
        400 National Way
        Simi Valley, CA  93065-6285

        MERS - Mortgage Electronic Registration Systems
        RK Arnold, President CEO
        1818 Library Street, Suite 300
        Reston, VA  20190

Dated: December __1__, 2010

                                                    /s/ Thomas F. West
                                                    Thomas F. West
                                                    Plaintiff
                                                  In Proper Person