Thomas F. West and Diana M. West
5620 Scenic Pointe Ave.
Las Vegas, Nevada 89130
Telephone (702) 656-3081
Plaintiffs in Proper Person

2010 DEC 20 A 10: 43

UNITED STATES DISTRICT COURT
District of Nevada

THOMAS F. WEST and DIANA M. WEST )
)
PLAINTIFFS ) Case No.: 2:10-cv-01966-JCM-PAL
)
vs. )
) OPOSITION TO MOTION TO DISMISS
BANK OF AMERICA, N.A. and ) AMENDED COMPLAINT
) And REQUEST FOR DISMISSAL OF
BANK OF AMERICA HOME LOANS and ) MOTION
)
BAC HOME LOANS SERVICING LP and )
)
MERS - Mortgage Electronic Registration )
)
Services )
)
DEFENDANTS

---

Thomas F. West and Diana M. West, Plaintiffs, in proper person, submit their Opposition to the Motion to Dismiss Amended Complaint filed by Defendants.

The Motion filed with the Court it is evident that the Defendants cannot show ownership of the alleged Mortgage Loan.

Defendants through their counsel respond to the Complaint filed using a cookie cutter excuse to ask for Dismissal by stating Plaintiffs defaulted on a Mortgage Loan. Plaintiffs were not in default on this loan as evidenced by Exhibit A until October, 2010 after determining that Defendants do not own the alleged mortgage and cannot prove their claim of ownership. It is obvious and apparent that Defendants are asking for a Dismissal with little or no knowledge of why this suit was filed. Plaintiffs are former bankers with over 20 years experience and have never defaulted on any loan. Defendants are now being sued by the States of Nevada, Arizona

i

and others for this and other frauds upon their customers. Defendants counsel keeps referring to a frivolous lawsuit by Plaintiffs being in default. This is probably because counsel has not had a proper conversation with Defendants as to the particulars of this case. It is holder in due course. Defendants do not now own nor have ever owned this mortgage by failure to hold and possess the original Deed of Trust Mortgage original note, and other pertinent documents. They persist in bringing into the Court counterfeit copies of documents that anyone can take from the internet which our contention would be fraud upon the Court. They have also shown as exhibits copies of correspondence between Plaintiffs and Defendants that have been altered and are not complete.

To show standing with the Court Defendants must have access to the original Deed of Trust, the Mortgage Note and supporting original documents.  In the case of Mortgage Electronic Registration Systems, Inc. v. Chong, Case No. 2:09-CV-0661-KJD-LRL (2009), the United States District Court, District of Nevada stated that "MERS did not establish it was a real party in interest. MERS was unable to prove it had possession of the note or at least provide evidence that it was a representative of the mortgage loan holder, which it failed to do." Additionally, in a Landmark decision in the Kansas Supreme Court, National Bank v. Kesler, 289 Kan. 528, 216 P.3d 158(2009). "Kan. Stat. Ann. § 60-260(b) allows relief from a judgment based on mistake, inadvertence, surprise, or excusable neglect; newly discovered evidence that could not have been timely discovered with due diligence; fraud or misrepresentation; a void judgment; a judgment that has been satisfied, released, discharged, or is no longer equitable; or any other reason justifying relief from the operation of the judgment. The relationship that the registry had to the bank was more akin to that of a straw man than to a party possessing all the rights given a buyer." Also in September of 2008, a California Judge ruling against MERS concluded, "There is no evidence before the court as to who is the present owner of the Note. The holder of the Note must join in the motion." Wells Fargo v. Reyes, 867 N.Y.S.2d 21 (2008). Case dismissed with prejudice, fraud on the Court and Sanctions because Wells Fargo never owned the Mortgage.

/

/

Therefore, we move that the Court dismiss Defendants Motion to Dismiss for lack of standing with the Court in this case and grant Plaintiffs request for Motion for Dismissal of the same.

Dated this 20 day of December, 2010.

_Thomas F. West_
Thomas F. West
Plaintiff
In Proper Person

_Diana M. West_
Diana M. West
Plaintiff
In Proper Person

**EXHIBIT A**

# Bank of America

Conventional - 6067
**5620 SCENIC POINTE AVENUE**

## Monthly Statement - August 31, 2010

Print this page    Return to Account Details

To view any activity since your last statement please select Transaction History

**Next Payment Due**

| | | |
|---|---|---|
| 10/01/2010 | $732.92 | Payment Option Details |

**Home Loan Summary**

| Home Loan Overview as of 08/31/2010 | | Amount Due on 10/01/2010 as of 08/31/2010 | |
|---|---|---|---|
| Principal Balance: | $110,045.83 | *Home Loan Payment: | $732.92 |
| Escrow Balance: | $0.00 | After 10/16/2010 with Late | |
| Interest paid to date: | 09/01/2010 | Payment: | $769.57 |
| Late Charge if payment received after 10/16/2010: | $36.65 | | |

*Payments will be applied first to the interest accrued up to the date of payment and then to the principal balance.

**Home Loan Details**

| Monthly Payment Breakdown as of 08/31/2010 | | Loan Type and Term | |
|---|---|---|---|
| Principal and Interest Payment: | $732.92 | Loan Type | 30 Yr Conventional |
| **Total Monthly Home Loan Payment:** | **$732.92** | Current Interest Rate | 5.875% |
| | | Contractual Remaining Term | 22 Years, 8 Months |

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

**Escrow Account Expenses**

| Principal | Payee | Policy No./Tax ID | Frequency | Next Due Date | Amount Due |
|---|---|---|---|---|---|
| *Homeowners insurance | ALLSTATE INSURANCE CO | 916613067 | Annual | 12/24/2010 | $631.89 |

We are responsible for the payment of the previous escrow items with the exception of the items marked with an asterisk(*). The payment of the items marked with an asterisk (*) are the responsibility of the homeowner.

**Home Loan Activity Since Your Last Statement**

| Date | Description | Principal | Number of Days Interest Paid | Interest | Escrow | Total |
|---|---|---|---|---|---|---|
| 08/31/2010 | September payment | $193.21 | 0 | $539.71 | $0.00 | $732.92 |
| | Ending Balance | $110,045.83 | | | $0.00 | |

**Credit Reporting Notice:**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

**Secure Area**

Accounts   Bill Pay   Transfers   Investments   Customer Service
Privacy & Security   Locations   Alerts   Mail   Help   Site Map   Sign Off

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders
© 2010 Bank of America Corporation. All rights reserved.



**Bank of America**

Conventional - 6067
**5620 SCENIC POINTE AVENUE**

## Transaction History

Print this page    **Return to Account Details**

Your transaction history includes activity that has taken place within the last 18 months. This may reflect recent activity that is not yet updated on your statement page. Select View Oldest Activity First to re-sort your transaction history.

**Transaction History 04/24/2009 to 08/31/2010**

| Date / Description | Payment Amt / Life/Disability Ins. | Principal / Balance | Interest / Buydown | Escrow / Balance | Late Charge / Balance | Partial / Balance |
|---|---|---|---|---|---|---|
| 08/31/2010 | $732.92 | $193.21 | $539.71 | $0.00 | $0.00 | $0.00 |
| 09/10 Payment | $0.00 | $110,045.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/29/2010 | $732.92 | $192.27 | $540.65 | $0.00 | $0.00 | $0.00 |
| 08/10 Payment | $0.00 | $110,239.04 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/30/2010 | $732.92 | $191.33 | $541.59 | $0.00 | $0.00 | $0.00 |
| 07/10 Payment | $0.00 | $110,431.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/28/2010 | $732.92 | $190.40 | $542.52 | $0.00 | $0.00 | $0.00 |
| 06/10 Payment | $0.00 | $110,622.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/30/2010 | $732.92 | $189.47 | $543.45 | $0.00 | $0.00 | $0.00 |
| 05/10 Payment | $0.00 | $110,813.04 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/31/2010 | $732.92 | $188.55 | $544.37 | $0.00 | $0.00 | $0.00 |
| 04/10 Payment | $0.00 | $111,002.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/26/2010 | $732.92 | $187.63 | $545.29 | $0.00 | $0.00 | $0.00 |
| 03/10 Payment | $0.00 | $111,191.06 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/29/2010 | $732.92 | $186.71 | $546.21 | $0.00 | $0.00 | $0.00 |
| 02/10 Payment | $0.00 | $111,378.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/30/2009 | $732.92 | $185.80 | $547.12 | $0.00 | $0.00 | $0.00 |
| 01/10 Payment | $0.00 | $111,565.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/27/2009 | $732.92 | $184.90 | $548.02 | $0.00 | $0.00 | $0.00 |
| 12/09 Payment | $0.00 | $111,751.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/29/2009 | $732.92 | $184.00 | $548.92 | $0.00 | $0.00 | $0.00 |
| 11/09 Payment | $0.00 | $111,936.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/28/2009 | $732.92 | $183.10 | $549.82 | $0.00 | $0.00 | $0.00 |
| 10/09 Payment | $0.00 | $112,120.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/28/2009 | $732.92 | $182.21 | $550.71 | $0.00 | $0.00 | $0.00 |
| 09/09 Payment | $0.00 | $112,303.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/30/2009 | $732.92 | $181.32 | $551.60 | $0.00 | $0.00 | $0.00 |
| 08/09 Payment | $0.00 | $112,485.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/26/2009 | $732.92 | $180.44 | $552.48 | $0.00 | $0.00 | $0.00 |
| 07/09 Payment | $0.00 | $112,666.73 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/02/2009 | $732.92 | $179.56 | $553.36 | $0.00 | $0.00 | $0.00 |
| 06/09 Payment | $0.00 | $112,847.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/24/2009 | $732.92 | $178.69 | $554.23 | $0.00 | $0.00 | $0.00 |
| 05/09 Payment | $0.00 | $113,026.73 | $0.00 | $0.00 | $0.00 | $0.00 |

Transaction history is displayed up to the past 18 months. If you require transaction history beyond 18 months, please visit our Message Center to place your request.

**Secure Area**
Accounts  Bill Pay  Transfers  Investments  Customer Service
Privacy & Security  Locations  Alerts  Mail  Help  Site Map  Sign Off

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders
© 2010 Bank of America Corporation. All rights reserved.

## CERTIFICATE OF MAILING

I, Thomas F. West, hereby certifies that a copy of the Opposition to Motion to Dismiss Amended Complaint filed on the 20 day of December, 2010, in the above-entitled case was mailed by me on December 20, 2010 by depositing copies thereof in a sealed envelope, first-class postage prepaid, in the United States mail, to

    Ariel E. Stern, Esq.
    Akerman Senterfitt LLP
    400 South Fourth Street, Suite 450
    Las Vegas, NV  89101

    Christine M. Parvan, Esq.
    Akerman Senterfill LLP
    400 South Fourth Street, Suite 450
    Las Vegas, NV 89109

    Bank of America, N.A.
    Brian Maynihan, President, CEO
    100 N. Tyron St.
    Charlotte, NC  28263

    Bank of America Home Loans
    Barbara J. Desoer, President
    1757 Tapo Canyon Road
    Simi Valley, CA  93063

    BAC Home Loans Servicing, LP
    400 National Way
    Simi Valley, CA  93065-6285

    MERS - Mortgage Electronic Registration Systems
    RK Arnold, President CEO
    1818 Library Street, Suite 300
    Reston, VA  20190

Dated: December 20, 2010

                                                    _/s/ Thomas F. West_
                                                    Thomas F. West
                                                    Plaintiff
                                                    In Proper Person