# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Thomas West et al

Plaintiffs,

V.

Bank of America Home Loan Servicing LP et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-1966 JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants' motion to dismiss plaintiffs' amended complaint is GRANTED. Plaintiffs' amended complaint is DISMISSED without prejudice. Judgment is entered for defendants and against plaintiffs.

| June 22, 2011 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |